McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
Philip A. John
Nevada Bar No. 10627
  *philip.john@mccormickbarstow.com*
8337 West Sunset Road, Suite 350
Las Vegas, Nevada 89113
Telephone:    (702) 949-1100
Facsimile:    (702) 949-1101

Turek DeVore, P.C.
Douglas Turek
Nevada Bar No. 12883
  *dturek@turekdevore.com*
25227 Grogans Mill Road, Suite 100A
The Woodlands, TX  77380
Telephone:    (281) 296-6920
Facsimile:    (281) 296-0733

Attorneys for SUMMERLIN HOSPITAL MEDICAL CENTER, LLC

(SPACE BELOW FOR FILING STAMP ONLY)

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SUMMERLIN HOSPITAL MEDICAL CENTER, LLC, <br><br> **Plaintiff,** <br><br> v. <br><br> **INTERNATIONAL MEDICAL GROUP, INC.** <br><br> **Defendants.** | CASE NO.   2:14-cv-00203-JCM-NJK |

**STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO DEFENDANT INTERNATIONAL MEDICAL GROUP, INC.'S MOTION TO DISMISS BASED ON THE DOCTRINE OF *FORUM NON CONVENIENS*, OR, IN THE ALTERNATIVE TO TRANSFER VENUE, OR TO DISMISS FOR FAILURE TO STATE A CLAIM**

IT IS HEREBY STIPULATED by the parties above named, by and through their respective counsel of record, that good cause exists to grant Plaintiff a seven (7) day extension of time to respond to the Defendant International Medical Group, Inc.'s Motion to Dismiss based on the Doctrine of *Forum Non Conveniens*, or, in the alternative, to Transfer Venue, or to Dismiss

for Failure to State a Claim.  The parties request the current deadline of April 7, 2014 be extended to April 14, 2014.  This extension is sought for good cause and not for the purpose of delay.

Respectfully Submitted By:

Dated: April 7, 2014

McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP

By: /s/ Douglas Turek
Philip A. John, Nevada Bar No. 10627
8337 West Sunset Road, Suite 350
Las Vegas, Nevada 89113
Tel. (702) 949-1100

Douglas Turek, Nevada Bar No. 12883
25227 Grogans Mill Road, Suite 100A
The Woodlands, TX  77380
Tel. (281) 296-6920

Attorneys for SUMMERLIN HOSPITAL MEDICAL CENTER, LLC

Dated: April 7, 2014

LIPSON, NEILSON, COLE, SELTZER & GARIN, P.C.

By: /s/ Mark A. Rouse
Joseph P. Garin, Nevada Bar No. 6653
Mark A. Rouse, Nevada Bar No. 12273
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144
Tel. (702) 382-1500

Attorneys for INTERNATIONAL MEDICAL GROUP, INC.

**IT IS SO ORDERED.**

Dated: April 8, 2014

_____
UNITED STATES DISTRICT JUDGE

2

STIPULATION AND ORDER TO EXTEND DATE TO RESPOND TO
.DEFENDANT'S MOTION TO DISMISS AND/OR TRANSFER