# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SUMMERLIN HOSPITAL MEDICAL CENTER, LLC,<br><br>Plaintiff(s),<br><br>v.<br><br>INTERNATIONAL MEDICAL GROUP, INC., et al.,<br><br>Defendant(s). | 2:14-CV-203 JCM (NJK) |

# ORDER

Presently before the court is the matter of *Summerlin Hospital Medical Center, LLC v. International Medical Group, Inc., et al*, case no 2:14-cv-203-JCM-NJK.

On March 24, 2014, defendants filed a motion to dismiss the original complaint. (Doc. # 6). Plaintiffs then filed an amended complaint the same day. (Doc. # 8).

An amended complaint supersedes the original pleading, making it "non-existent." *Valadez-Lopez v. Chertoff*, 656 F.3d 851,857 (9th Cir. 2011).  If a litigant files an amended pleading, then motions to dismiss the original complaint are mooted without prejudice. *Johnson v. Cheryl,* 2013 WL 3943606, at *2 (D. Nev. 2013).

. . .

. . .

**James C. Mahan**
**U.S. District Judge**

1  Accordingly,

2  IT IS HEREBY ORDERED, ADJUDGED, and DECREED that defendants' motion to

3  dismiss the original complaint (doc. # 6) be, and the same hereby is, DENIED as moot.

4  DATED May 13, 2014.

_____
UNITED STATES DISTRICT JUDGE