# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

SUMMERLIN HOSPITAL MEDICAL CENTER, LLC,

Plaintiff(s),

v.

INTERNATIONAL MEDICAL GROUP, INC., et al.,

Defendant(s).

2:14-CV-203 JCM (NJK)

**ORDER**

Presently before the court is the matter of *Summerlin Hospital Medical Center, LLC, v. International Medical Group, Inc., et al.*, case no 2:14-cv-203-JCM-NJK.

On May 16, 2014, the court entered an order granting plaintiff's and defendant International Medical Group, Inc.,'s stipulation for dismissal as to all claims between those two parties. (Docs. # 22, 23). As such, International Medical Group, Inc.'s pending motion to dismiss (doc. # 12) is denied as moot.

. . .

. . .

. . .

. . .

. . .

**James C. Mahan**
**U.S. District Judge**

1  Accordingly,

2  IT IS HEREBY ORDERED, ADJUDGED, and DECREED that defendant International

3  Medical Group, Inc.'s motion to dismiss (doc. # 12) be, and the same hereby is, DENIED as moot.

4  DATED May 22, 2014.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**